# Court of Appeals
# of the State of Georgia

ATLANTA, __November 28, 2017__

*The Court of Appeals hereby passes the following order:*

## A18A0793. ERROL M. WINDHOM v. THE STATE.

Errol M. Windhom was convicted of armed robbery, and this Court affirmed his conviction on appeal. See *Windhom v. State,* 326 Ga. App. 212 (756 SE2d 296) (2014).[1] In 2017, Windhom filed an application for writ of habeas corpus and, predicated on his application, a plea of nul tiel. The trial court dismissed both motions, and Windhom filed a notice of appeal to this Court. The Supreme Court, however, has appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). This appeal is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__11/28/2017_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Windhom has made several other appearances before this Court. See Case No. A18A0261 (dismissed October 4, 2017); Case No. A17A0802 (dismissed January 24, 2017); *Windhom v. State,* 315 Ga. App. 855 (729 SE2d 25) (2012). In Case No. A17A0802, Windhom's name is spelled "Windham."